# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR04-396-TSZ |
| Plaintiff, | |
| v. | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS |
| JAMES NELSON HUTTON, | TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| Defendant. | |

An evidentiary hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on May 10, 2012. The United States was represented by Assistant United States Attorney Susan Roe, and the defendant by James Vonasch.

The defendant had been charged and convicted of Possession of Methamphetamine with Intent to Distribute, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A). On or about June 23, 2005, defendant was sentenced by the Honorable Thomas S. Zilly, to a term of 72 months in custody, to be followed by 5 years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in substance abuse and mental health programs, financial disclosure and submit to search.

In a Petition for Warrant or Summons, dated May 2, 2012, U.S. Probation Officer Jennifer J. Tien asserted the following violations by defendant of the conditions of his supervised release:

1. Failing to report for urinalysis testing on April 16, 2012, in violation of the special condition of drug aftercare.

2. Using methamphetamine on or before April 16, 20, 24, 27, 2012, and May 1, 2012, I violation of standard condition number 7.

On May 8, 2012, defendant made his initial appearance. The defendant was advised the allegations and advised of his rights. On May 10, 2012, this matter came before the Court for an evidentiary hearing. Defendant admitted to violations 1 and 2.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations 1 and 2, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Thomas S. Zilly on May 29, 2012 at 1:30 p.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 11th day of May, 2012.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: Honorable Thomas S. Zilly
AUSA: Susan Roe
Defendant's attorney: James Vonasch
Probation officer: Jennifer J. Tien

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2